# EXHIBIT 30

| SUBJECT | SUBJECT NO. | REV NO. | PAGE NO. |
|---|---|---|---|
| Policy Against Sexual Harassment & Other Workplace Harassment | 2001 | 3.0 | 2 of 3 |

## INDIVIDUALS AND CONDUCT COVERED:

This Policy applies to all ARAMARK employees and applicants for employment, and prohibits harassment whether engaged in by managers, supervisors, co-workers, or non-ARAMARK employees, such as customers or suppliers.

Conduct prohibited by this Policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings, and company-sponsored social events.

## COMPLAINT PROCEDURE:

ANY EMPLOYEE WHO FEELS THAT HE OR SHE HAS BEEN A VICTIM OF HARASSMENT OR HAS WITNESSED ANY CONDUCT THAT MAY BE INCONSISTENT WITH THIS POLICY MUST REPORT THE INCIDENT IMMEDIATELY TO HIS OR HER SUPERVISOR. IF THIS IS NOT APPROPRIATE, THE INCIDENT MUST BE REPORTED TO THE NEXT LEVEL OF MANAGEMENT OR, IN THE ALTERNATIVE, TO YOUR LOCAL, REGIONAL, OR BUSINESS UNIT HUMAN RESOURCES PROFESSIONAL. IF THIS TOO IS INAPPROPRIATE, THEN THE INCIDENT MUST BE REPORTED TO THE EMPLOYMENT RELATIONS DEPARTMENT.

TO REACH THE EMPLOYMENT RELATIONS DEPARTMENT FOR NORTH AMERICA FOOD, HOSPITALITY & FACILITY SERVICES (NAFHFS), CALL 1-800-999-8989, EXTENSION 3302. TO REACH THE EMPLOYMENT RELATIONS DEPARTMENT FOR AUCA (ARAMARK UNIFORM & CAREER APPAREL), CALL 1-818-973-3607. THE EMPLOYMENT RELATIONS DEPARTMENT FOR EITHER NAFHFS OR AUCA ALSO CAN BE REACHED BY CALLING THE EMPLOYEE HOTLINE AT 1-877-224-0411.

Any supervisor, manager, or Human Resources professional receiving a complaint of harassment must immediately contact his/her immediate supervisor and/or next level HR professional.

## RESPONSIVE ACTION:

All complaints will be handled in a timely manner. Confidentiality will be maintained throughout the investigation to the extent this does not interfere with ARAMARK's ability to investigate or to take appropriate corrective action.

Any supervisor, manager, or Human Resources professional who becomes aware of harassment or any complaint of harassment under this Policy and fails to notify the proper parties or take corrective action pursuant to this Policy will be subject to disciplinary action, up to and including dismissal.

Any employee who is found, after an investigation, to have violated this Policy will be subject to appropriate disciplinary action, up to and including dismissal.

## RETALIATION:

Intimidation, coercion, threats, retaliation or discrimination against any employee (or other person) for making a complaint under this Policy, assisting in an investigation, or reporting an incident of harassment, is prohibited. Anyone engaging in retaliation, like harassment itself, will be subject to disciplinary action, up to and including dismissal.

AC0150